BEFORE THE FIRST DIVISION, SEPTEMBER 22, 1949

**No. 53570.**—G. D. Searle & Co. *v.* United States, protest 147916–K (New York).

Opinion by COLE, J. It was stipulated that the merchandise consists of con-centrated ox gall the same in all material respects as the substance passed upon in *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.